**DISMISS and Opinion Filed December 31, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01147-CV

**THE URBAN LEAGUE OF GREATER DALLAS AND NORTH CENTRAL TEXAS, INC., Appellant**
**V.**
**LARRY SHAWN D/B/A FIX MY PHONE BILL, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06156**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The filing fee, docketing statement, clerk's record, and reporter's record in this case are past due. By postcard dated October 2, 2018, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated October 2, 2018, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice.

The record was due October 27, 2018. Three days later, we notified appellant the clerk's record and the reporter's record had not been filed because appellant had not paid for the clerk's record or the reporter's record. We directed appellant to provide verification of payment or

arrangements to pay for the clerk's record and reporter's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. Appellant subsequently asked for, and we granted, an extension of time to December 17, 2018 to pay for the record or provide written verification that arrangements to pay had been made. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE

181147F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE URBAN LEAGUE OF GREATER DALLAS AND NORTH CENTRAL TEXAS, INC., Appellant

No. 05-18-01147-CV      V.

LARRY SHAWN D/B/A FIX MY PHONE BILL, Appellee

On Appeal from the 191st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-14-06156.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee LARRY SHAWN D/B/A FIX MY PHONE BILL recover his costs, if any, of this appeal from appellant THE URBAN LEAGUE OF GREATER DALLAS AND NORTH CENTRAL TEXAS, INC..

Judgment entered December 31, 2018.